# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                              Case No.  6:06-cr-210-Orl-31KRS

**MARIA I. GONZALEZ DE ARIAS**
**MIGUEL HUMBERTO BELTRAN**
**JAVIER MARTINEZ**
**ANDREW ANTHONY JENKINS**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR SUBSTITUTION OF COUNSEL (Doc. No. 52)** |
| **FILED:** | **December 5, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION TO APPEAR PRO HAC VICE (Doc. No. 53)** |
| **FILED:** | **December 5, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Randolpho V. Lopez, Esq., is specially admitted as counsel for Miguel Humberto Beltran, with Travis Williams, Esq., serving as his local counsel.  Carmelina Marin, Esq., is relieved of her obligation to represent Defendant Beltran.

Attorneys Lopez and Williams shall review the docket in this case and abide by all orders and deadlines therein. Counsel shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." If counsel outside the Middle District of Florida are unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on this 22st day of December, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendants